# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LAWANDA JESSICA SMITH

VERSUS

K&F RESTAURANT HOLDINGS LTD,
D/B/A IZZO'S

NO.   2024 CW 1014

**JANUARY 30, 2025**

---

In Re:   Deshautreaux Development Company, LLC and Travelers
Property Casualty Company of America, applying for
supervisory writs, 19th Judicial District Court, Parish
of East Baton Rouge, No. 675956.

---

**BEFORE:   THERIOT, WOLFE, AND MILLER, JJ.**

**WRIT DENIED.**

> **MRT**
> **EW**
> **SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT